IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JO ANN HOFFMANN                               PLAINTIFF

v.                          Civil No. 06-5038

KENT D. WALKER, et al.                        DEFENDANTS

## **ORDER**

Plaintiff has submitted a pro se complaint for filing in this district. We find the complaint should be provisionally filed and the United States District Clerk is hereby directed to file the complaint *nunc pro tunc* as of February 21, 2006.

This court has provided plaintiff with an application for proceeding as a pauper in this matter. Accordingly, plaintiff is given up to and including March 27, 2006, in which to furnish the court with an application or pay the $250.00 filing fee. Should plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 24th day of February 2006.

/s/ Beverly Stites Jones
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE