IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JO ANN HOFFMAN                                                                                    PLAINTIFF

v.                                              Civil No. 06-5038

KENT D. WALKER, et al.                                                                        DEFENDANTS

**O R D E R**

This matter comes before the court for a determination regarding plaintiff's *in forma pauperis* application and service on defendants. Having reviewed the application, we find it should be granted and plaintiff will be allowed to proceed as a pauper in this matter.

Plaintiff has indicated in her application that she has attempted service of the complaint on defendants. As plaintiff is proceeding pro se and *in forma pauperis*, the clerk is directed to withhold the issuance of summons until so directed by the court. Defendants are advised they are not required to answer the complaint until so directed by the court. The matter of service will be determined at a later date.

IT IS SO ORDERED this 31st day of March 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE