```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JO ANN HOFFMANN                                            PLAINTIFF

         v.            Civil No. 06-5038

KENT D. WALKER, et al.                                    DEFENDANTS

**ORDER**

NOW on this 23rd day of June 2006, comes on for consideration the Magistrate Judge's Report and Recommendation (document #8), filed on May 25, 2006, plaintiff's Response to the Report and Recommendation of the Magistrate Judge (document #9), filed on June 12, 2006, and the Court, being well and sufficiently advised, finds that plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** is **adopted *in toto***. Accordingly, the Court hereby adopts the Report and Recommendation and the plaintiff's claims are dismissed on the grounds that they are frivolous and fail to state claims. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

**IT IS SO ORDERED**.

                                   /s/ Jimm Larry Hendren
                                   JIMM LARRY HENDREN
                                   UNITED STATES DISTRICT JUDGE